UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. William H. Walls

           v.               :     Crim. No. 13-276 (WHW)

PATRICK FOGO and
DENTON GOUGH               :     CONTINUANCE ORDER

       This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by Ronnell L. Wilson, Assistant U.S.
Attorney), and defendant Patrick Fogo (by Olubukola O. Adetula,
Esq.), ~~and Denton Gough (by Alyssa A. Cimino, Esq.)~~ for an order
granting a continuance of the proceedings in the above-captioned
matter to pursue plea negotiations, and ~~each~~ defendant being
aware that he has the right to have the matter brought to trial
within 70 days of the date of his appearance before a judicial
officer of this court pursuant to Title 18 of the United States
Code, Section 3161(c)(1), and as ~~each~~ defendant has consented to
such a continuance, and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

       1.  Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2.   The grant of a continuance will likely conserve judicial resources;

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this _17th_ day of September 2013,

ORDERED that motions shall be filed October 21, 2013; the opposition motions shall be filed by November 4, 2013; the argument of motions is scheduled for November 18, 2013, or a date to be set by the Court; and the trial is scheduled for December 2, 2013, or a date to be set by the Court;

ORDERED that the period from October 4, 2013, through December 2, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
Hon. William H. Walls
United States District Judge

Form and entry
consented to:

_____
Ronnell L. Wilson
Assistant U.S. Attorney

_____
Olubukola O. Adetula, Esq.
Counsel for defendant Patrick Fogo


~~Alysee A. Simmons, Esq.~~
~~Counsel for defendant Denton Gough~~